**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000394
13-AUG-2024
08:49 AM
Dkt. 228 ORD**

NO. CAAP-22-0000394


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-12CB, MORTGAGE PASS-THRU CERTIFICATES SERIES 2006-12CB, Plaintiff-Appellee, v. GABI K. COLLINS, Defendant-Appellant, and ASSOCIATION OF APARTMENT OWNERS OF KEMOO BY THE LAKE; DONALD COURTNEY BROWN; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20, Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC161001062)


ORDER
(By: McCullen, J.)

Upon consideration of the Defendant-Appellant Gabi K. **Collins**'s "Motion Requesting Leave to File a Reply to Plaintiff-Appellee's Memorandums in Opposition to Motion for Mandatory Judicial Notice and Emergency Injunctive Relief," filed August 11, 2024, the papers in support, and the record, it

1

appears that Collins seeks to file a reply memorandum pursuant to Hawaiʻi Rules of Appellate Procedure Rule 27(a).

IT IS ORDERED that the motion is granted. Within five (5) days from the date of this order, Collins shall file a reply no longer than 3 pages in length.

DATED: Honolulu, Hawaiʻi, August 13, 2024.

/s/ Sonja M.P. McCullen
Associate Judge

2